

CIVIL LITIGATION DIVISION

April 26, 2023

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:  Rule 28(j) letter - No. 22-60408, *Lavonda Hart v. Mississippi Department of Rehabilitation Services*

Dear Mr. Cayce:

Defendant-Appellee Mississippi Department of Rehabilitation Services (MDRS) hereby submits this Fed. R. App. P. 28(j) letter to inform the Court that in its recent unpublished decision *Melody Laury v. Mississippi Department of Rehabilitation Services,* 2023 WL 3073267 (5th Cir. April 25, 2023), this Court rejected plaintiff's argument that she did not bear the burden of proof as to pretext at summary judgment.

In *Laury,* plaintiff alleged Title VII race discrimination based on a pay disparity theory. *Id.* at *1. In reiterating the findings of the district court when it granted summary judgment in defendant's favor, this Court noted that plaintiff "failed to present any evidence whatsoever suggesting that [d]efendant's reasons were pretextual." *Id.* at *2. Ultimately, this Court held that plaintiff's only argument on appeal that she did not bear the burden of proof as to pretext at summary judgment was "clearly

foreclosed by both Supreme Court and circuit precedent." *Id.* (citing *Raytheon Co. v. Hernandez*, 540 U.S. 44, 49 n.3 (2003); *Alvarado v. Texas Rangers*, 492 F.3d 605, 611 (5th Cir. 2007); and *Gray v. Mississippi Dep't of Rehab. Servs.*, 2023 WL 119636 (5th Cir. 2023)).

Plaintiff's claims here were originally pled with Laury's claims in the district court and later severed. ROA.70-79; ROA.7-10. On appeal, plaintiff offers the same argument that the district court "erred in placing an inappropriate burden" on plaintiff at the pretext stage. Pl. Br. 16-18. Like *Laury,* Supreme Court and circuit precedent unquestionably forecloses plaintiff's argument.

                    Sincerely,

                    *s/Morgan A. Middleton*
                    Morgan A. Middleton (MSB 105969)
                    Special Assistant Attorney General
                    Office of the Mississippi Attorney General
                    Post Office Box 220
                    Jackson, Mississippi 39205
                    Email: morgan.middleton@ago.ms.gov
                    Telephone: (601) 359-4721

## CERTIFICATE OF COMPLIANCE

This letter complies with the word limitations of Fed. R. App. P. 28(j) because the body of the letter contains 245 words.

Dated: April 26, 2023

*s/Morgan A. Middleton*
Morgan A. Middleton
*Counsel for Defendant-Appellee*

## CERTIFICATE OF SERVICE

I, Morgan A. Middleton, hereby certify that the foregoing Fed. R. App. P. 28(j) letter has been filed with the Clerk of Court using the Court's electronic filing system, which sent notification of such filing to all counsel of record.

Dated: April 26, 2023

*s/Morgan A. Middleton*
Morgan A. Middleton
*Counsel for Defendant-Appellee*
